In re MILLS' ESTATE. (Supreme Court, Appellate Division, Second Department. July

24, 1903.) In the matter of the estate of Maria F. Mills, deceased. No opinion. Order of the Surrogate's Court of Westchester county affirmed, with costs, on the opinion of the surrogate. 67 N. Y. Supp. 956.